Form B 250B (12/09)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In the matter of: <br><br> **S.A.M. GRAPHICS, INC.,** <br> (Debtor) | **Case No.: 11-17642 (KCF)** <br><br> **Chapter 11** |
|---|---|
| **S.A.M. GRAPHICS, INC. d/b/a SCHOOL PHOTO MARKETING, et al.** <br> (Plaintiff) <br> v. <br><br> **COURIER SYSTEMS, INC.,** <br> (Defendants) | **Adversary Case No.:  11-_____** |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| **Address of Clerk** | Clerk, United States Bankruptcy Court <br> 402 East State Street <br> Trenton, New Jersey 08628 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| David L. Bruck, Esq., <br> Greenbaum, Rowe, Smith & Davis LLP <br> 99 Wood Avenue South, Iselin, New Jersey 08830 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Address** | United States Bankruptcy Court <br> 402 East State Street <br> Trenton, New Jersey 08628 | **Room** |
|---|---|---|
| | | **Date and Time** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

JAMES J. WALDRON
Clerk of the Bankruptcy Court

_____                    By:_____
            Date                                                                              Deputy Clerk

**MEDIATION OF ALL DISPUTES IS ENCOURAGED AND IS AVAILABLE PURSUANT TO D.N.J. LBR 9019-2.  THE PRACTITIONER'S GUIDE TO THE MEDIATION PROCESS IS AVAILABLE IN THE BANKRUPTCY COURT CLERK'S OFFICE AND IN EACH COURTROOM.  THE GUIDE CONTAINS AN OVERVIEW OF THE MEDIATION PROCESS, SAMPLE FORMS, THE REGISTER OF MEDIATORS AND APPLICABLE LOCAL RULES.**