Certification of Robert Klepner in Support    Page 1 of 5

# EXHIBIT '1'

Certification of Robert Klepner in Support    Page 1 of 5

| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Greenbaum, Rowe, Smith & Davis LLP**<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095<br>(732) 549-5600<br>Attorneys for the Jointly Administered Debtors<br>David L. Bruck, Esq. | |
| In re:<br><br>**S.A.M. GRAPHICS, INC., et al.**[1]<br><br>                              Debtors. | Chapter 11 Proceeding<br><br>**Lead Case No.: 11-17642 (KCF)** |
| S.A.M. GRAPHICS, INC. et al.,<br><br>                              Plaintiffs,<br>vs.<br><br>COURIER SYSTEMS, INC.,<br><br>                              Defendant. | Adversary Proceeding No. 11-_____ |

## CERTIFICATION OF ROBERT KLEPNER
## IN SUPPORT OF ORDER TO SHOW CAUSE

**ROBERT KLEPNER**, of full age, under oath, hereby declares as follows:

1.    I am the President of S.A.M. Graphics, Inc., d/b/a School Photo Marketing and Millenium Graphics ("S.A.M"), Fundraising Solutions 2, Inc. ("FS2) and Fundraising Solutions, Inc. ("FS"), the above referenced Debtors and debtors-in-possession (collectively referred to as "Debtors").

---

[1] The following debtors filed for Chapter 11 protection, which cases are being jointly administered under Lead Case No. 11-17642-KCF: Fundraising Solutions 2, Inc., Case No. 11-17644-KCF; Fundraising Solutions, Inc., Case No. 11-17647-KCF.

1305533.01

2. This Certification is submitted in support of Debtors' request for the entry of an Order under Fed. R. Bankr. P. 7001 and D.N.J. LBR 9075-1 shortening the time period for notice and setting a hearing on Plaintiffs' Order to Show Cause why the defendant Courier Systems, Inc. ("Courier") should not immediately turn over Debtors' inventory and equipment pursuant to Section 542 of the Bankruptcy Code; for an award of damages due to Courier's willful violation of the automatic stay pursuant to Section 362(k) of the Bankruptcy Code (the "Motion"); and for injunctive relief.

3. The Debtors filed the within Chapter 11 proceedings on March 15, 2011 (the "Petition Date").

4. In approximately October 2010, Courier and Debtors entered into an agreement pursuant to which Courier was to provide warehousing and distribution services to Debtors and maintain Debtors' equipment and inventory at Courier's Bayonne facility.

5. For the period from October 2010 through the date of the filing of the petitions, Courier provided distribution and warehouse services to the Debtors.

6. Courier is listed as an unsecured creditor on each of the Debtors' petitions. Courier has notice of the Debtors' bankruptcy filings.

7. As of the Petition Date, Courier was and remains in possession of certain equipment and inventory belonging to the Debtors and has refused after demand to turn over same to Debtors. Attached to the Verified Complaint as **Exhibit "A"** is a list of the Debtors' inventory items that remain in Courier's possession as of the Petition Date. In addition, Courier is in possession of the following equipment belonging to the Debtors: five new computers; one new Dell Server, and nine RF Scanners.

1305533.01

8. On or about May 2, 2011, a letter was sent to Courier by Debtors' counsel advising that Debtors had filed Chapter 11 petitions and that its refusal to turn over the equipment and inventory was a violation of 11 U.S.C. §362, and would, if continued, subject Courier to damages and sanctions. A copy of the letter is attached to the Verified Complaint as **Exhibit "B."**

9. Courier responded to Debtors' turn over request by sending an invoice demanding a payment of $68,182.50.

10. Notwithstanding Debtors turn over demand, Courier continues to retain possession of Debtors' equipment and inventory.

11. The use of the equipment and inventory is necessary for Debtors in order to undertake and/or complete its sales.

I declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
ROBERT KLEPNER

Dated: May ___, 2011

-4-

## ATTORNEY DECLARATION

I am an attorney at law of the State of New Jersey and I am a member of the firm of Greenbaum, Rowe, Smith & Davis LLP, attorneys for plaintiff in the within action.

Annexed hereto is a facsimile signature of Robert Klepner. Mr. Klepner has acknowledged the genuineness of his signature.

I am filing this Certification pursuant to the Federal Rules of Civil Procedure so that the Court may accept Mr. Klepner's facsimile signature on his Certification. An original signature will be filed if requested by the Court or a party.

**I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.**

_____
David L. Bruck

Dated: May ___, 2011

1305533.01