Order Filed on
**6/9/2011**
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Greenbaum, Rowe, Smith & Davis LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Jointly Administered Debtors
David L. Bruck, Esq.

| | |
|---|---|
| In re:<br><br>**S.A.M. GRAPHICS, INC., et al.**[1]<br>Debtor. | Chapter 11 Proceeding<br><br>**Lead Case No.: 11-17642 (KCF)** |
| **S.A.M. GRAPHICS, INC. et al.,**<br><br>**Plaintiffs,**<br>**vs.**<br><br>**COURIER SYSTEMS, INC.,**<br><br>**Defendant.** | **Adv. Proceeding No. 11-1809 (KCF)** |

**ORDER DIRECTING DEFENDANT COURIER SYSTEMS,
INC. TO TURN OVER DEBTORS' PROPERTY**

The relief sought on the following pages, numbered two (2) through three (3) is

hereby **ORDERED.**

**DATED: 6/9/2011**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

---

[1]  ¹The following debtors filed for Chapter 11 protection, which cases are being jointly administered under Lead Case No. 11-17642-KCF: Fundraising Solutions 2, Inc., Case No. 11-17644-KCF; Fundraising Solutions, Inc., Case No. 11-17647-KCF.

**THIS MATTER** having been opened to the Court by S.A.M. Graphics, Inc. ("S.A.M."), Fundraising Solutions 2, Inc. ("FS2") and Fundraising Solutions, Inc. ("FS"), collectively referred to herein as the "Debtors", through counsel, Greenbaum, Rowe, Smith & Davis LLP, on notice to defendant Courier Systems, Inc. ("Defendant" or "Courier"), pursuant to B.R. 7004; and a hearing having been held on June 6, 2011 attended by counsel to the Debtors and Richard Murad, a representative of the Defendant; and for good cause shown,

**IT IS ORDERED as follows:**

1.     Defendant Courier shall immediately provide the Debtors with access to the Defendant's facility so as to enable the Debtors to remove all property consisting of inventory, computers and equipment located at the Defendant's place of business. The inventory is specifically identified in Exhibit A to the Verified Complaint. The computers and related equipment are described in the Verified Complaint.

2.     Defendant Courier shall provide such normal services to the Debtors including forklift operators and machinery as may be necessary in order to accomplish the removal by the Debtors of its property from the Defendant's facility.

3.     The Defendant may file an administrative claim in the within Chapter 11 case subject to such objections as the Debtors may submit. Any such administrative proof of claim shall be filed on or before such date as shall be ordered as the Bar Date for filing administrative claims in this case.

4.     The Debtors shall remove the property from the Defendant's facility within seven (7) business days of the date of entry of this Order and shall contact the

1311233.01

*Approved by Judge Kathryn C. Ferguson June 09, 2011*

Defendant at least forty-eight (48) hours in advance of the intended removal date of Debtors' intent to do so.

     5.    Defendant shall cooperate with the Debtors' removal of the property and shall not further interfere or otherwise impede Debtors' access for removal of the property.

1311233.01

*Approved by Judge Kathryn C. Ferguson  June  09, 2011*