Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  S.A.M. Graphics, Inc.
Debtor

Case No.: 11–17642–KCF
Chapter 11

S.A.M Graphics, Inc. et al
Plaintiff

v.

Courier Systems, Inc.
Defendant

Adv. Proc. No. 11–01809–KCF                    Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 9, 2011, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 10 – 3
Order Directing Defendant Courier Systems, Inc. To Turn Over Debtors' Property (related document:[3] Order Granting Application for Order to Show Cause re: Turnover of property and for Injuctive Relief). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant. Signed on 6/9/2011 (srm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 9, 2011
JJW: srm

James J. Waldron
Clerk