Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  S.A.M. Graphics, Inc.
Debtor

                                              Case No.: 11–17642–KCF
                                              Chapter 11

S.A.M Graphics, Inc. et al
Plaintiff

v.

Courier Systems, Inc.
Defendant

Adv. Proc. No. 11–01809–KCF                      Judge: Kathryn C. Ferguson

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on June 10, 2011, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 11 – 9
Order Granting Application for Order to Show Cause Why Defendant Courier Systems, Inc. Should Not Comply with the Court's Order and Turn Over Property of the Estate (Related Doc # [9]). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant. Signed on 6/10/2011. Show Cause hearing to be held on 6/15/2011 at 10:00 AM at MBK – Courtroom 3, Trenton. (slf)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 10, 2011
JJW: slf

                                                        James J. Waldron
                                                        Clerk